Frederick T. Smith*
fsmith@seyfarth.com
Esther Slater McDonald*
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Jasmine J. Stanzick (SBN 354704)
jstanzick@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant

*Admitted *pro hac vice*

Peng Shao (319624)
Peng@R23Law.com
Jared V. Walder (SBN 310687)
Jared@R23Law.com
R23 LAW APC
633 West Fifth St. 26th Floor
Los Angeles, California 90071
Telephone: (888) 533-2948
Fax: (415) 558-0230

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ROMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>STERLING CHECK CORP.,<br><br>   Defendant. | Case No. 3:25-cv-01955-GPC-DEB<br><br>Honorable Judge Gonzalo P. Curiel<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff ROMAN ANDRE and Defendant STERLING CHECK CORP., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Date: May 28, 2026                              Respectfully submitted,

                                                SEYFARTH SHAW LLP


                                                By: _s/ Jasmine J. Stanzick_
                                                     Jasmine J. Stanzick

                                                Attorneys for Defendant
                                                STERLING CHECK CORP.

                                                R23 LAW APC


                                                By: _s/ Peng Shao_
                                                     Peng Shao

                                                Attorneys for Plaintiff
                                                ANDRE ROMAN

2

## <u>CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE</u>

Pursuant to Section 2(f)(4) of this Court's Electronic Case Filing Administrative Policies and Procedures, the undersigned hereby certifies that the content of this document is acceptable to all counsel and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

*s/ Jasmine J. Stanzick*
Jasmine J. Stanzick

Attorneys for Defendant
STERLING CHECK CORP.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Jasmine J. Stanzick*
Jasmine J. Stanzick