UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ROMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>STERLING CHECK CORP.,<br><br>         Defendant. | Case No. 3:25-cv-01955-GPC-DEB<br><br>Honorable Judge Gonzalo P. Curiel<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  June 2, 2026

Hon. Gonzalo P. Curiel
United States District Judge

1